IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
C.A. No.: 1:25-cv-64-MR-WCM

Laura Slice,

    Plaintiff,

vs.

Reliance Standard Life Insurance Company,

    Defendant.

_____

## AMENDED COMPLAINT

### Preliminary Statement

Plaintiff brings this action under the Employee Retirement Income Security Act of 1974 (ERISA) to seek entitlement and payment of long-term disability (LTD) benefits under a fully insured policy issued to employees of the University of Delaware and insured by Reliance Standard Life Insurance Company.

### Parties

1. Plaintiff is a citizen and resident of Hendersonville, North Carolina which is in Henderson County.

2. Defendant is an insurance company organized and existing pursuant to the laws of one of the states of the United States, and which does business and owns property in Henderson, North Carolina

### Jurisdiction and Venue

3. In this matter, Plaintiff seeks long-term disability (LTD) benefits under an ERISA plan pursuant to 29 U.S.C. § 1132(a)(1)(B). This Court has jurisdiction to hear this matter based

upon a federal question. Defendant is subject to jurisdiction in this court because it has more than minimum contacts with this forum (*see* 29 U.S.C. § 1132(e)).

4. Venue in the Western District of North Carolina is appropriate by virtue of Plaintiff's residence and Defendant's presence and doing business in this District.

## Factual Allegations

5. Until October 2011, Plaintiff was actively employed with the University of Delaware as a Head Women's Rowing Coach. As an employee of the University of Delaware, Plaintiff was provided LTD coverage via a plan fully insured by Defendant.

6. Plaintiff became disabled because of certain problems from which she suffered. Plaintiff was forced to cease working and she filed a claim for LTD benefits, asserting that she was completely and totally disabled.

7. Defendant approved Plaintiff's claim through September 1, 2022. Defendant then denied Plaintiff's claim. Plaintiff appealed the denial and fully exhausted administrative remedies, but Defendant has failed and refused to provide Plaintiff the LTD benefits she seeks.

## FOR A FIRST CAUSE OF ACTION

### For a First Cause of Action
### For Benefits Pursuant to 29 U.S.C. § 1132(a)(1)(B)

8. Plaintiff incorporates all prior allegations, where not inconsistent, as if fully set forth herein.

9. Plaintiff respectfully requests that this Court consider the administrative record compiled in this case and any other evidence relevant to any factors discussed by *Champion v. Black & Decker*, 550 F.3d 353 (4th Cir. 2008), if applicable and depending on the standard of review, and declare, pursuant to 29 U.S.C. §1132(a)(1)(B), that Plaintiff is entitled to the LTD benefits which she seeks under the terms of the plan. In the event that the court reviews the

record and/or other relevant information and determines that the Defendant abused its discretion or that its decision is not supported by the record, but that the substance of the record might not support Plaintiff's entitlement to benefits then Plaintiff respectfully asks that, in the event of such a finding, that the court exercise its inherent power to remand Plaintiff's claims for a "full and fair" review by the appropriate claim fiduciary Defendant. Should the court award Plaintiff any part of the relief requested, Plaintiff additionally prays that the Court award her attorney's fees and costs pursuant to 29 U.S.C. §1132(g).

**WHEREFORE,** having fully stated her complaint against the Defendant, Plaintiff prays for:

1. A declaration of entitlement to the LTD benefits she seeks pursuant to 29 U.S.C. §1132(a)(1)(B);

3. Attorney's fees and costs pursuant to 29 U.S.C. §1132(g); and

4. Such other and further relief as this Court deems just and proper, including pre-judgment interest on all benefits due from the point at which benefits were payable through the time of judgment.

s/ M. Leila Louzri
M. Leila Louzri, Esq.
North Bar #: 48743
**FOSTER LAW FIRM, LLC**
25 Mills Avenue
Greenville, South Carolina 29602
(864) 242-6200
(864) 233-0290 (facsimile)
E-mail: llouzri@fosterfoster.com

Date: May 5, 2025        Attorneys for Plaintiff